**24 CV 438** ✓

Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

*FILED MAY 6 – 2024 MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

### FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

A. **Full Name of Plaintiff**: NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Ms. Kimberly R. Garland

-vs-

B. **Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* **Add a separate sheet, if necessary.**

1. Michael J. YEAW
2. ROSE H. Chiauzzi
3. Keri Witherow (formerly Ken Witherow)
4. Wyoming County Sheriff's Office
5. Wyoming County District Attorney's
6. Wyoming County Corrections Facility
7.) Daily News (Batavia Newspaper & online)

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections **MUST** be answered*

Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.

A. Basis of Jurisdiction in Federal Court: Warsaw Village Court, 83 Center Street Warsaw, NY 14569 Mark J. Sundt Village Justice "Dec. 7, 2022 Officer Yansick, James PL 215.50 03

State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.

B. Reason for Venue in the Western District: Falsely Arrested, Harrassed, Incarcerated, Improper Investigation, Falsely Accused, And Wrongfully Convicted Under Non Due Process.

Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.

C. Nature of Suit: Discrimination of a Disabled Veteran whom suffered PTSD & sexually exploitation of self, roomate & was profiled, targeted & wrongfully incarcerated in a cover-up & false allegations from Mike Yeaw & Rose H. Chiauzzi

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Kimberly R. GARLAND
Present Address: 359 East Main Street, APT. #302 (Liberty Square) BLDG. BATAVIA, NY 14569 — c/o P.O. Box 556 Milligan College, TN 37682
(372 One Boot Campbell Rd., Milligan College, TN 37682)
Name of Second Plaintiff: Family Members of Kimberly R. Garland
Present Address: P.O. Box 556 Milligan College, TN 37682

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Mike J. Yeaw (Linden Drive Warsaw) 42 Culver Ave #13, Rochester, NY, Colorado
Official Position of Defendant (if relevant): Confidential Informant used by the Warsaw Village DA's Office
Address of Defendant: (unknown) fled the State due to multiple various Federal Charges Pending not including this one.

Name of Second Defendant: Rose H. Chicurzzi
Official Position of Defendant (if relevant): CEO of Hello Revamped. Online Only Fans, / Self Employed
Address of Defendant: 42 Culver Ave., Apt #13 Warsaw Village (2nd building on the left) upstairs on the © #13, "Silver Infinite 2016 or 2017 Model Vehicle.

Name of Third Defendant: Wyoming County Sheriffs Office, 151 N. Main Street
Official Position of Defendant (if relevant): Chief of Police, Hoffemeister, Officer Mike Janworski;
Address of Defendant: 151 N. Main Street, Warsaw NY 14569

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in state or federal court dealing with the same facts involved in this action?
   Yes [✓]   No [ ]

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:
   Plaintiff(s): Rose Chicurzzi, Mike Yeaw, Kimberly Gardner, Charles Heob, Attorney Marshall Kelley, DA in Warsaw Village Courts, Investigator Osborne, Officer Mike Janskowi, Officer Liberman, Corrections Officer Beckstrand for Judge Mohan

Defendant(s): Myself, Kimberly R Garland since Sept. (2019-2024) Multiple Arrested & charged, initially based of (FALSE ACCUSATIONS) & PRE-MEDITATED ENTRAPMENT

2. Court (if federal court, name the district; if state court, name the county): WESTERN DISTRICT, NEW YORK UNITED STATES OF AMERICA (BUFFALO)

3. Docket or Index Number: INDICTMENT NO. 8460

4. Name of Judge to whom case was assigned: Michael M. MOHUN "WYOMING County Court JUDGE"

5. The approximate date the action was filed: OCT - NOV - JAN, 2019 — AUG. 2023 & 2024

6. What was the disposition of the case?

Is it still pending? Yes [✓]  No [ ]

If not, give the approximate date it was resolved. Still in process of Jury Selection 5/6/2024

Disposition (check those statements which apply):

[ ] Dismissed (check the statement which indicates why it was dismissed):

  [ ] By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
  [ ] By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
  [ ] By court due to your voluntary withdrawal of claim;

[ ] Judgment upon motion or after trial entered for
  [ ] plaintiff
  [ ] defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

Fed.R.Civ.P. 8(a) states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

Fed.R.Civ.P. 10(b) states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On (date of the incident) Dated December 2019 ,
defendant (give the **name and (if relevant) the position held** of **each defendant** involved in this incident) MIKE J. YEAW ALONG WITH CAROL FALCO & ROSE M. CHIAUZZI, PLANNED, TEXTED, CORROBORATED & ORGANIZED A FALSE CHARGE IN DIRECT UNLAWFUL INCARCERATION, HARASSEMENT, AND IMPRISIONMENT OF MYSELF, KIMBERLY R. GARLAND, SEXUAL EXPLOITATION ATTEMPTED SEX TRAFFICKING & Physical ATTACKS, ABUSE, FALSE CLAIMS, PERJURY UNDER OATH, FALSE WITNESS.

3

did the following to me (*briefly state what each defendant named above did*): Mr. Yeaw lied to Officer Jansowski, Chief Hoffmeister, DA Abernathy & THE COURTS UNDER OATH IN WARSAW VILLAGE TO HAVE ME FALSELY ARRESTED, HARRASSED, JOB LOSS, HOMELESSNESS, AND ABUSE OF MYSELF, Kimberly R. Garland, at that time living w/ Rose Chiavzzi, 42 Culver Ave. Apt #13, Warsaw NY. "RESIDENT TERRY KAHL, CAROLYN ANN KAHL @ 169 Linden Road, Warsaw was Renting to (said) Mike J. Yeaw. MORE PARTIES INVOLVED CHARLEY HEEB, OFFICER MIKE JAWORSKI, OFFICER LIBERMAN, CHIEF HOFFMEISTER, DA ABERNATHY INVESTIGATOR OSBURN, & SHERRIFF'S OFFICE OF COUNTY.

The federal basis for this claim is: COVER-UP & DISCRIMINATION OF VETERAN, Kimberly R. Garland 554 E. Main Street, Batavia NY. 14569, (also Address in Tennessee for Security)

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: — Supeno all Phone Records from Mike J. Yeaw personal use in 2019-2024 " all Phone Records from Rose A. Chiavzzi " use in 2019-2024 Supeno " Phone Record from Sept. 2019-2022 Carol Falco, Tina White, R. Chiavzzi

**B. SECOND CLAIM:** On (*date of the incident*) Nov. 2019, after being in jail Rose Chiavzzi &, defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) Attorney James Doyle, along with Mike J. Yeaw, planned, premeditated & conspired to Harm, Hurt, SLANDER, INCARCERATE & BRING FALSE CHARGES TO Kimberly R. Garland.

did the following to me (*briefly state what each defendant named above did*): LIED to police, lied to DA, HAD R. Chiavzzi lie under persuation & DA's Attempt to Bring false allegations into Cover up of sex trafficking & prostitution, of Rose Chiavzzi, Mallory, TRISTAN SCHEIFER, MYSELF, Chailey HEEB, other involved in close Proximity of Rose Chiavzzi. ORGANIZED BY TERRY KAHL w/ Cohesion of CAROL ANNE KAHL, GRANDMOTHER CAROL FALCO along (w) MIKE J. YEAW residing at 164 Linden Drive (I think) WARSAW VILLAGE, NY 14569 (unsure of address) Police are aware of whereabouts of the KAHLS former residence.

The federal basis for this claim is: DISCRIMINATION OF DISABILITY & SEX TRAFFICKING COVER-UP OF 42 CULVER AVE, APT #13, WARSAW NEW YORK. DAMAGES, SLANDER, FALSE ARRESTS.

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: TRIPL OR CHARGES PLACED ON PARTIES INVOLVED UNDER GANG RELATED CONSPIRACY OR RICO LAW TO BRING HARM & CONSPIRACY TO COVER UP & EXPLOIT KIMBERLY R. GARLAND DATED NOV. 2019 - PRESENT DAY 2024.

If you have additional claims, use the above format to set them out on additional sheets of paper.

4

### 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Retraction from Daily News Apologizing for Slanderous/False Charges one "LOVE DON'T JUDGE" article & News, Online Social Media Retraction, Punitive Damages of undisclosed Amount, But Including 1,000.00 per Day of False Imprisonment from wrongfully Arrested, Probated, Incarcerated Under Unfair Due Process & Duress Based on My Veteran Status & Attempted Sex Exploitation

Do you want a **jury trial**? Yes [✓]   No [ ]

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on _____
(date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____   May 4, 2024

Signature(s) of Plaintiff(s)

5

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Kimberly R. Garland

**DEFENDANTS**
Mike Yraw, Rose H. Chiauzzi, Wyoming Co. Sherriff's Office, Batavia Daily News (Ref. Judge Michael Mohan)

(b) County of Residence of First Listed Plaintiff: Genessee (Wyoming)
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Wyoming-Genessee
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*: (T.B.D)

Attorneys *(If Known)*: 24 CV 438 ✓

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [X] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | PROPERTY RIGHTS | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / PERSONAL PROPERTY / [ ] 370 Other Fraud | LABOR | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | SOCIAL SECURITY | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/Exchange |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [X] 440 Other Civil Rights / Habeas Corpus: | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | FEDERAL TAX SUITS | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | IMMIGRATION | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [X] 445 Amer. w/Disabilities - Employment / [X] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / [ ] 535 Death Penalty | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | Other: [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | [ ] 448 Education / [X] 550 Civil Rights | | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: WRONGFULLY ARRESTED, PROFILED, INCARCERATED & EXPLOITED & SLANDER

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: 
DOCKET NUMBER:

DATE: May 6, 2024
SIGNATURE OF ATTORNEY OF RECORD: Kimberly R. Garland

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____